**Motion Granted; Appeal Reinstated, Appeal Dismissed, and Memorandum Opinion filed June 27, 2024**



In The

# Fourteenth Court of Appeals

---

### NO. 14-23-00772-CV

---

### BERKLEY REGIONAL INSURANCE COMPANY, Appellant

### V.

### KASEY ADAME, INDIVIDUALLY AND AS NEXT FRIEND OF J.A. AND J.A. (MINORS) AND AS PERSONAL REPRESENTATIVE OF THE ESTATE OF JOSE ADAME, Appellees

**On Appeal from the 129th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2019-89362**

### MEMORANDUM OPINION

This is an appeal from a judgment signed July 25, 2023. On June 20, 2024, appellant filed an unopposed motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted.

We reinstate and dismiss the appeal.

PER CURIAM

Panel consists of Justices Jewell, Zimmerer, and Hassan.